FLORENCE RICHMOND, an Infant, by RICHARD RICHMOND, Her Guardian ad Litem, et al., Respondents, *v.* BENJAMIN KRASNE et al., Copartners Doing Business under the Firm Name of KRASNE BROS., Appellants, Impleaded with Others.

Argued November 30, 1936; decided December 31, 1936.

*Clarence S. Zipp, J. Austin Lyons* and *William J. Ahearn* for appellants.

*Thomas J. Milan, Robert X. Kuzmier* and *Richard C. Cotter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.